COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | |
| IN RE: N.A. BOMBACH, | § | No. 08-12-00071-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

N.A. Bombach, Relator, asks that we issue a writ of mandamus against the Honorable Bill Hicks, Judge of the 243rd District Court of El Paso County, Texas because Respondent has ruled that Relator is not entitled to advance payment of all legal expenses incurred in connection with claims being pursued by Relator in Cause No. 2010-2026, *Jonah Long-Term Holdings, LLC et al. v. N.A. Bombach*, in the 243rd District Court. Relator has also filed a motion for emergency relief to stay various discovery deadlines and a trial setting.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we conclude that Relator is not entitled to relief. Accordingly, the petition for writ of mandamus and the motion for emergency relief are denied. *See* TEX.R.APP.P. 52.8(a).

March 14, 2012                    _____

                                 ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating